# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00332-CR

**Charlie C. White, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-09-201777, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Charlie C. White is awaiting trial for possession of a controlled substance. White has filed a pro se notice of appeal from the district court's order overruling White's motion to suppress evidence.

This Court does not have jurisdiction to consider an interlocutory appeal unless that jurisdiction has been expressly granted by law. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991). There is no law permitting interlocutory review of an order overruling a motion to suppress evidence. If convicted, White may challenge the trial court's order at that time.

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   July 24, 2009

Do Not Publish